IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICHARD CARL ROWE, III,        )
                               )
      Petitioner,              )
                               )      CIVIL ACTION NO.
      v.                       )        2:23cv150-MHT
                               )            (WO)
UNITED STATES OF AMERICA,      )
                               )
      Respondent.              )
```

### OPINION

Pursuant to 28 U.S.C. § 2255, petitioner filed this challenge to his convictions and sentence. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied as time-barred. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of July, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE