IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICHARD CARL ROWE, III,      )
                             )
    Petitioner,              )
                             )    CIVIL ACTION NO.
    v.                       )    2:23cv150-MHT
                             )         (WO)
UNITED STATES OF AMERICA,    )
                             )
    Respondent.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) The 28 U.S.C. § 2255 petition (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 10th day of July, 2023.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE